IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**AFFIDAVIT IN SUPPORT OF A COMPLAINT AND ARREST WARRANT**

I, Special Agent John Quaka, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since April of 1995. I am currently assigned to the Jackson Division, Oxford, Mississippi Resident Agency. During this time, I have had extensive training and experience in the investigation of bank robberies. This training and experience includes evidence gathering, and interviewing victims, witnesses, and suspects. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

2. Based upon my training, experience, and the facts set forth in this affidavit, there is probable cause to believe that on or about December 1, 2016, Larry Donnell Spencer committed a violation of Title 18, United States Code, Section 2113 (Bank Robbery) by robbing the Renasant Bank located at 5033 Raymond Avenue in Verona, Mississippi.

3. This affidavit is made in support of a criminal complaint and arrest warrant for Larry Donnell Spencer, 3545 Mitchell Road, Apartment #7223, Tupelo, Mississippi.

**PROBABLE CAUSE**

4. On December 1, 2016, at approximately 11:30 A.M., Renasant Bank employee Melissa Rainey, returned to work from her lunch break. Rainey is employed as the Head Teller at the Renasant Bank branch located at 5033 Raymond Avenue, Lee County, Mississippi. Before Rainey entered the bank branch, she noticed a suspicious subject in the bank's north parking lot. She described this subject as a black male wearing a reddish colored wig and pink lipstick. She stated that the subject appeared to be in his early 20s. The subject wore black pants and a black coat. The subject carried a black and white satchel slung across his body. The subject appeared so suspicious to her that when she entered the bank she immediately informed her fellow bank employees, Lisa Allen, Laryssa Ratliff, and Earline Pulliam of this incident.

5. At approximately 11:45 A.M., a subject, matching the exact description that Rainey had provided, entered the bank through the north door. The subject proceeded to the teller

1

counter of Pulliam. The subject placed a note on her teller counter that read, "Put all the money on the counter right now or die". The noted was written in green ink on lined notebook paper. The subject removed a black revolver from a satchel that was slung across his shoulder and placed it on the teller counter. Pulliam removed the currency from her drawer and placed it on the counter. The subject took the money from the counter and placed it in the satchel and fled the bank through the north door. Due to the actions of the subject, Pulliam was tremendously frightened and feared for her life.

6. Due to this robbery, the loss to the Renasant Bank is $2064. Pulliam maintained four $20 bills in her teller drawer that had recorded serial numbers. These bills are as follows: 1) GH39656843A, 2) GH39656844A, 3) GH39656846A, and 4) EB41816755. Pulliam also maintained seven $10 bills with recorded serial numbers. These bills are as follows: 1) JB25043546A, 2) JA 51208984A, 3) B00419067, 4) F52468179A, 5) H05189982A, 6) F47735172A, and 7) B04321728C. Pulliam also maintained a Global Position Satellite Tracking Device. However, the tracking service for this device had been deactivated prior to December 1, 2016.

7. SA Quaka reviewed the bank surveillance video footage of the bank robbery. During the robbery, the subject wore oversized, black rimmed glasses, a black jacket, white shirt, black pants, and grey sneaker style shoes. It appeared that the subject wore a red or brown wig. The subject carried an oversized black and white handbag with a shoulder strap.

8. On December 1, 2016 and December 2, 2016, local television stations and newspapers in Tupelo, Mississippi aired and printed a photograph of the Renasant Bank robbery subject.

9. On December 2, 2016, Crime Stoppers of Northeast Mississippi received a tip that Dautrell McClinton is a suspect in the Renasant Bank robbery. McClinton is known to have mental issues. No other information was provided by the anonymous caller.

10. On December 16, 2016, Crime Stoppers of Northeast Mississippi received a tip that the bank robbery subject receives dialysis at the Fresenious Kidney Center at 2978 Mattox Street, Tupelo, MS. on Monday, Wednesday, and Friday from 3:00 P.M. until 7:00 P.M. The subject is transported to the facility by Advanced Transportation. The anonymous caller witnessed the subject removed a wig, glasses, and lipstick at the facility. The anonymous caller did not know the name of the subject.

11. On December 19, 2016, SA Quaka interviewed Yakitra McClinton, Property Manager of Tupelo Trace Apartments, 3545 Mitchell Road, Tupelo, MS. McClinton was shown a photograph of the Renasant Bank robbery subject. She stated that the bank robbery subject is Dontell Spencer. Spencer resides in apartment number 7223 with the lease holder, Irene Wilcox, his grandmother. They moved into their apartment in September of 2016 from 122 Jeff Davis

Drive, Indianola, MS. Spencer is unemployed and she believes that Spencer receives kidney dialysis.

12. SA Quaka interview Brittany Winfrey, Leasing Consultant of Tupelo Trace Apartments, 3545 Mitchell Road, Tupelo, MS. Winfrey was shown a photograph of the Renasant Bank robbery subject. She stated that the bank robbery subject is Dontell Spencer. Spencer resides in apartment number 7223 with the lease holder, Irene Wilcox, Spencer's grandmother. Winfrey knows that Wilcox often wears wigs.

13. SA Quaka conducted a public source database search in regard to 122 Jeff Davis Drive, Indianola, MS. The results of this search indicated that this residence is occupied by Larry Spencer, date of birth, 06/26/1992 and Irene McClinton Wilcox. SA Quaka conducted a public source database search in regard to Irene Wilcox of Mississippi. The results of this search indicated that Larry D. Spencer of 1809 Johnson Street, South Bend, Indiana, is a relative of Irene Wilcox. SA Quaka conducted a public source database search in regard to Larry D. Spencer of Indiana. The results of this search indicated that Larry D. Spencer is Larry Donnell Spencer, Date of Birth, 06/26/1992.

14. On December 20, 2016, SA Quaka interviewed Amanda Tennison, a social worker at Fresenius Medical Care at 2978 Mattox Street, Tupelo, MS. Tennison was shown a photograph of the Renasant Bank robbery subject. She stated that the subject is Larry D. Spencer Jr. Tennison verified Spencer's date of birth as 06/26/1992 and his address as 3545 Mitchell Road, Apartment number 7223, Tupelo, MS. Spencer's mother is Irene Wilcox. Spencer receives treatment at the facility on Monday, Wednesday, and Friday. Spencer had Medicaid and is eligible for no cost transportation to the clinic. Spencer moved to Tupelo, MS. from Indianola, MS.

15. SA Quaka interviewed Joanne Strevel, a secretary at Fresenius Medical Care at 2978 Mattox Street, Tupelo, MS. Strevel was shown a photograph of the Renasant Bank robbery subject. She stated that the subject is Larry Spencer, a patient at the facility.

16. SA Quaka interviewed Janice McMillan, a secretary at Fresenius Medical Care at 2978 Mattox Street, Tupelo, MS. Strevel was shown a photograph of the Renasant Bank robbery subject. She stated that the subject is Larry Spencer, a patient at the facility.

17. A review of Facebook indicated that Larry Spencer uses the account name Larry.Spenc. A photograph posted on this Facebook page on October 31, 2013 depicts Spencer wearing a wig, oversized glasses, and bright lipstick. Further review of Facebook also indicated that Larry Spencer uses the account name Larry.Spencer.566. This account indicated that Spencer lives

3

in South Bend Indiana and is from Indianola, MS. Spencer's date of birth is 06/26/1992 and his telephone number is (662)207-2858.

18. For the above reasons, I have probable cause to believe that Larry Donnell Spencer committed the crime of armed bank robbery in violation of 18 U.S.C. 2113 (a) and (d), and I respectfully request that the Court authorize a complaint charging Spencer with the aforementioned offense and a warrant for his arrest.

Respectfully submitted,

Special Agent John Quaka

Federal Bureau of Investigation

Subscribed and sworn to before me on December 21st, 2016.

UNITED STATES MAGISTRATE JUDGE

4